**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **SAMUEL H. MWABIRA-SIMERA** | * | |
| *Plaintiff* | * | |
| v. | * | Civil Action No.: 1:19-cv-03320-RDB |
| **MORGAN STATE UNIVERSITY,** *et al.* | * | |
| *Defendants* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>MOTION TO DISMISS</u>**

Defendants Morgan State University (the "University"), Kevin Banks, Tanyka Barber, Linda Farrar, Mark Garrison, Kenneth Jackson, T. Joan Robinson, Marcia Shepperson, Kara Turner, Raymond Vollmer and David Wilson, by their undersigned counsel and pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(5) and 12(b)(6), hereby move for dismissal of Plaintiff's complaint, with prejudice. The grounds for this Motion are more fully set forth in Defendants' Memorandum of Law in support of this Motion, which is filed herewith and incorporated herein.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  April 8, 2020<br>Baltimore, MD | BRIAN E. FROSH<br>Attorney General of Maryland |

/s/ *Lillian L. Reynolds*
Christopher B. Lord (Bar No. 26177)
Lillian L. Reynolds (Bar No. 30225)
Assistant Attorneys General
Office of the Attorney General
Educational Affairs Division
200 St. Paul Place, 17th Floor
Baltimore, Maryland 21202-2021
Phone: (410) 576-6481
Facsimile: (410) 576-6437
Email: lreynolds@oag.state.md.us

*Attorneys for Defendants*
Morgan State University, Kevin Banks, Tanyka Barber, Linda Farrar, Mark Garrison, Keith Jackson, Marcia Shepherdson, Kara Miles Turner, Raymond Vollmer and David Wilson

## CERTIFICATE OF SERVICE

I hereby certify that, on this 8th day of April, 2020, copies of Defendants' Motion to Dismiss, Memorandum of Law in support thereof, and proposed Order were served on the following via first-class mail, postage prepaid:

> Samuel H. Mwabira-Simera
> 4-E University Parkway #ERICA
> Baltimore, MD 21218

/s/ *Lillian L. Reynolds*
Lillian L. Reynolds