IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **SAMUEL H. MWABIRA-SIMERA** | * | |
| *Plaintiff* | * | |
| v. | * | Civil Action No.: 1:19-cv-03320-RDB |
| **MORGAN STATE UNIVERSITY,** *et al.* | * | |
| *Defendants* | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**[PROPOSED] <u>ORDER</u>**

Upon consideration of Defendants' Motion to Dismiss, and any opposition thereto, it is hereby, this ____ day of _____, 2020, **ORDERED**:

That Defendants' Motion to Dismiss as to all Defendants is **GRANTED**; and

That Plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE**.

_____
The Honorable Richard D. Bennett
United States District Judge