IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Mwabira-Simera | * |
| Plaintiff, | * |
| v. | *   Civil No. RDB-19-3320 |
| Morgan State University et al | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER OF DISMISSAL

Presently pending before this Court is the Defendants' Motion to Dismiss (**ECF#18**). The Plaintiff having failed to respond to this motion despite the notice from the Court (ECF#19). The Court issued a Show Cause Order (ECF#21) on May 12, 2020 directing the Plaintiff to Show Cause within 30 days why the Motion to Dismiss should not be granted.

The Plaintiff having failed to Show Cause, IT IS HEREBY ORDERED that the Defendants' Motion to Dismiss (**ECF#18**) is **GRANTED** and the case is **DISMISSED WITH PREJUDICE**. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

June 12, 2020

　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　Richard D. Bennett
　　　　　　　　　　　　　　　United States District Judge