# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Samuel H. Mwabira-Simera et al | } |
| *Plaintiff* | } |
| v s. | } Civil Action No.19-CV-3320 DLB |
| Morgan State University *et al* | } |
| | } |
| *Defendants* | } |

\* \* \* \* \* \*

## Motion requesting Court to request Counsel represent Plaintiff

Pursuant to Federal Civil Procedure Rule 28 § 1915 4(e)(1) which allows any person unable to afford counsel in a Federal Civil Suit, Plaintiff honorably prays this court for good cause hereby the court requests an attorney to represent him in the law suit for the following reasons.

(i) Pursuant to LCvR 83.10 (a) the court can request attorneys who are members in good standing to assist or represent the needy in civil matters before this Court

(ii) By virtue of Morgan's hate, racist policy, bigotry, Plaintiff is a victim and belongs to needy category, yet relying on a powerful attorney in town.

(iii) The complex nature of this case forced Defendant Morgan *et al* to abandon local, state and Federal laws.

(iv) The complex nature of this case has forced Defendant Morgan State University *et al* to add/change more attorneys including State Attorney General to represent them.

(v) The inability of the Court Appointed Counsel to represent Plaintiff in preserving the violations which are injuries to justice because this case is challenging the Morgan State University *et al*'s persistent and egregious racial discrimination in violation of Federal Protected Statutory Provisions.

Whereby Plaintiff in good faith honorably prays this court to request fully an attorney for a good cause to represent Plaintiff

Respectfully submitted

Samuel H. Mwabira-Simera<br>
4 E University Parkway, #ERICA,<br>
Baltimore, MD 21218<br>
(202)-641-0556<br>
Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the Plaintiff's motion, was mailed by US Post Office return process on 02/20/2020 to all parties through the Office of the President & General Counsel, Morgan State University, Dr. Wilson David President 1700 E Cold Spring Lane Baltimore MD 21251 and State Attorney General 200 St Paul Place, Baltimore MD 21202

Respectfully submitted

Samuel H. Mwabira-Simera

*Mwabira Simera v. Mercy Medical Center et al*

1|2